# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Trust, Alan S. | 2. Court or Organization  Bankruptcy Court | 3. Date of Report  9/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  290 Federal Plaza, 9th floor  Central Islip, NY 11722 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2016 | Teaching - St Johns University School of Law | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | NY Intellecutual Property Law Ass'n | 3/31/16 - 4/1/16 | NY, NY | guest at dinner | reimbursement for actual out of pocket travel, provided lodging and meals |
| 2. | American Conf Institute | 10/26/16 - 10/27/16 | NY, NY | speaker at a seminar in NYC | reimbursement for actual out of pocket travel and meals, provided lidging |
| 3. | American Conf Institute | 9/26/16 - 9/27/16 | NY, NY | speaker at a seminar in Dallas, TX | reimbursement for actual out of pocket travel and meals, provided lodging |
| 4. | Turnaround Mgt Ass'n | 5/6/16 - 5/7/16 | Uncasville, CT | speaker at a seminar in Uncasville, CT | reimbursement for actual out of pocket travel and meals, provided lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Trust, Alan S.** | 9/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. | RVS Life Fixed (annuity) | | None | K | T | Buy (add'l) | 09/30/16 | J | | See Part VIII |
| 3. | DELETED | | | | | | | | | |
| 4. | RVS / COL VP High Yield Bond (annuity) | | None | J | T | | | | | See Part VIII; |
| 5. | Goldman VIT MidCap Va (annuity) | | None | J | T | Sold (part) | 09/30/16 | J | | see Part VIII; |
| 6. | Fid VIP Midcap Cl2 (annuity) | | None | K | T | Buy (add'l) | 09/30/16 | J | | see Part VIII; |
| 7. | FT VIP Small Cap Valu (annuity) | | None | J | T | Buy (add'l) | 09/30/16 | J | | see Part VIII |
| 8. | WF Adv VT Small Cap (annuity) | | None | J | T | | | | | see Part VIII |
| 9. | THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | Sold (part) | 09/30/16 | J | | see Part VIII |
| 10. | DELETED | | | | | | | | | |
| 11. | DELETED | | | | | | | | | |
| 12. | Oppenheimer Strat Bond (Strar Inc.) (annuity) | | None | J | T | Sold (part) | 09/30/16 | J | | see Part VIII |
| 13. | Alliance Bernstein American Century Equity Income (Lbrokerage) | B | Int./Div. | | | Sold | 02/22/16 | J | A | see PartVIII loss |
| 14. | | | | | | | | | | |
| 15. | Alliance Bernstein Disc Valaue (A IRA) | A | Int./Div. | K | T | | | | | |
| 16. | Mass Mutual Annuity -- MML Equity | | None | J | T | Sold (part) | 10/03/16 | J | | see Part VIII |
| 17. | MML Opp Global Strategic Income | | None | J | T | Sold (part) | 10/03/16 | J | | see Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual Annuity -- Opp Global Strategic | | None | J | T | | | | | |
| 19. Mass Mutual Annuity -- Opp Main Street Small Cap | | None | K | T | | | | | |
| 20. Mass Mutual Annuity -- Opp Main Street | | None | K | T | | | | | |
| 21. NEW Mass Mutial Oppen Discovery Midcap | | None | J | T | Buy | 10/03/16 | J | | |
| 22. Oppenheimer Cap App (both) | B | Int./Div. | K | T | Sold (part) | 06/08/16 | J | | see Part VIII loss |
| 23. | | | | | Sold (part) | 06/24/16 | K | | see Part VIII loss |
| 24. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 25. | | | | | Sold (part) | 10/24/16 | J | | see Part VIII loss |
| 26. | | | | | Sold (part) | 11/01/16 | J | | see Part VIII loss |
| 27. | | | | | Sold (part) | 11/14/16 | J | | see Part VIII loss |
| 28. | | | | | Sold (part) | 12/14/16 | J | | see Part VIII loss |
| 29. Oppenheimer Global Fund (both) | A | Int./Div. | K | T | Buy (add'l) | 01/15/16 | J | | |
| 30. | | | | | Sold (part) | 06/08/16 | J | | see Part VIII loss |
| 31. | | | | | Sold (part) | 10/03/16 | K | | see Part VIII loss |
| 32. | | | | | Sold (part) | 11/01/16 | K | | see Part VIII loss |
| 33. | | | | | Sold (part) | 11/21/16 | J | A | |
| 34. | | | | | Sold (part) | 12/14/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Global Opportunities (both) | D | Int./Div. | M | T | Buy (add'l) | 06/24/16 | K | | |
| 36. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 37. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 38. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 39. | | | | | Sold (part) | 11/14/16 | J | A | |
| 40. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 41. Oppenheimer Global Value (both) | | None | J | T | Sold (part) | 11/16/16 | J | A | |
| 42. Oppenheimer Main Street Fund (both) | A | Int./Div. | M | T | Buy (add'l) | 10/03/16 | J | | |
| 43. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 44. Oppenheimer Main Street MidCap fka Small Mid Cap Select | B | Int./Div. | L | T | Sold (part) | 01/04/16 | J | A | |
| 45. Oppenheimer Global Strategic Income (fka Champion Income) | A | Int./Div. | J | T | | | | | |
| 46. Oppenheimer Global Allocation (Quest) | A | Int./Div. | J | T | | | | | |
| 47. DELETED | | | | | | | | | |
| 48. Oppenheimer Int'l Small Mid | A | Int./Div. | K | T | Buy (add'l) | 01/04/16 | J | | |
| 49. Belt West Funding Corp raw land in Dallas County | | None | J | U | | | | | |
| 50. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 51. State of Israel savings bond | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Energy East | A | Int./Div. | J | T | | | | | |
| 53. Merrill Lynch / AIG stock | A | Int./Div. | J | T | | | | | |
| 54. Amprise TWEAX Amer Century Eq Income (both) | A | Int./Div. | K | T | Buy (add'l) | 01/12/16 | J | | |
| 55. | | | | | Sold (part) | 09/30/16 | J | | see Part VIII loss |
| 56. Amprise ODMAX Oppenheimer Developing Mkts (A IRA) | A | Int./Div. | J | T | | | | | |
| 57. Oppenheimer Discovery | B | Int./Div. | K | T | | | | | |
| 58. Ameriprise MDLOX Blackrock Golbal Allocation (A SPS IRA) (annuity) | A | Int./Div. | K | T | | | | | |
| 59. Ameriprise VOYA GNAM Inc. (L brokerage sale and A SPS IRA hold) | A | Int./Div. | J | T | Sold (part) | 02/01/16 | J | | see Part VIII loss |
| 60. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 61. IMNYX (Legg Mason) Western Asset Intermed NY Munis (L brokerage) | A | Int./Div. | | | Sold | 02/01/16 | J | | see Part VIII loss |
| 62. Fidelity VIP Contra (w/in aunnity) | | None | | | Sold | 09/30/16 | J | | see Part VIII |
| 63. Am Century / VP Value (w/in annuity) | | None | K | T | Sold (part) | 09/30/16 | J | | see Part VIII |
| 64. CNL Lifestyles CNLIDI (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 65. Corp Prop Assoc CPA17 (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 66. Am Insured Mkt (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 67. MITTX (w/in L IRA) Mass MFS Investors | A | Int./Div. | K | T | | | | | |
| 68. ATHAX (w/in L IRA) Amer Century Heritage | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MGIAX (w/in L IRA) MFS Int'l Value | A | Int./Div. | J | T | | | | | |
| 70. Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 71. Invesco Int'l Gr. Sr. (annuity) | | None | J | T | Buy (add'l) | 09/30/16 | J | | |
| 72. MDLOX (w/in L IRA) Blackrock Global Alloc. | A | Int./Div. | J | T | | | | | |
| 73. Oppenheimer Equity Income IRA (both) | B | Int./Div. | L | T | Sold (part) | 01/04/16 | J | | see Part VIII |
| 74. | | | | | Sold (part) | 02/19/16 | J | | see Part VIII |
| 75. | | | | | Sold (part) | 06/24/16 | J | | see Part VIII |
| 76. | | | | | Sold (part) | 10/24/16 | J | | see Part VIII |
| 77. | | | | | Sold (part) | 11/01/16 | J | | see Part VIII |
| 78. Oppenheimer Main St Small Cap | A | Int./Div. | K | T | | | | | |
| 79. Scholars Edge Age Based Portfolio 10 (18+) | | None | K | T | Sold (part) | 01/25/16 | J | A | |
| 80. | | | | | Sold (part) | 01/26/16 | J | A | |
| 81. | | | | | Sold (part) | 01/28/16 | J | A | |
| 82. | | | | | Sold (part) | 04/01/16 | J | A | |
| 83. | | | | | Sold (part) | 06/06/16 | J | A | |
| 84. | | | | | Sold (part) | 08/15/16 | J | A | |
| 85. | | | | | Sold (part) | 09/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/30/16 | J | A | |
| 87. Scholars Edge Large Cap nka Dreyfus R Growth | | None | J | T | | | | | |
| 88. Scolars Edge Sm & Mid Cap nka MidCap Portfolio | | None | J | T | | | | | |
| 89. DELETED | | | | | | | | | |
| 90. Scholars Edge Int'l Growth | | None | J | T | | | | | |
| 91. Scholars Edge Large Cap Value nka Value | | None | J | T | | | | | |
| 92. Scholars Edge Portfolio 100 fka Aggresive | | None | K | T | Buy (add'l) | 01/26/16 | J | | |
| 93. Scholars Edge Portfolio 80 fka Moderately Aggressive | | None | K | T | Buy (add'l) | 01/26/16 | J | | |
| 94. Scholars Edge Portfolio 60 fka Moderate | | None | J | T | | | | | |
| 95. Pimco VIT All Asset (annuity) | | None | K | T | | | | | |
| 96. Oppenheimer Deveoping Mkts Fund | A | Int./Div. | J | T | Sold (part) | 01/04/16 | J | | see Part VIII |
| 97. Oppenheimer Rochester Ltd Term NY Munis | A | Int./Div. | J | T | Buy (add'l) | 10/24/16 | J | | |
| 98. | | | | | Sold (part) | 10/03/16 | J | | se Part VIII loss |
| 99. Oppenheimer Money Mkt (treat as bank acct) | A | Int./Div. | J | T | | | | | |
| 100. Oppenheimer Rochester AMT Free NY Munis | A | Int./Div. | J | T | Buy (add'l) | 06/01/16 | J | | |
| 101. NEW Oppenheim Rochester AMT Free | A | Int./Div. | J | T | Buy (add'l) | 06/02/16 | J | | see Part VIII |
| 102. US treasuries | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AmerGen (L IRA) | A | Int./Div. | J | T | | | | | |
| 104. Oppenheimer Small & Mid Cap Value now MidCap Value | A | Int./Div. | K | T | | | | | |
| 105. DELETED | | | | | | | | | |
| 106. Oppenheimer Discovery Mid Cap Growth | A | Int./Div. | L | T | Buy (add'l) | 01/04/16 | J | | |
| 107. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 108. Oppenheimer Int'l Growth (L) | A | Int./Div. | J | T | | | | | see Part VIII |
| 109. Blackrock Global Dividend (AmPrise) (A IRA) | A | Int./Div. | K | T | Sold (part) | 09/30/16 | J | A | |
| 110. CNL Growth Props (AmPrise) (A IRA) | C | Int./Div. | J | T | | | | | |
| 111. Corporate Capital (AmPrise) (A IRA) | A | Int./Div. | J | T | | | | | |
| 112. Fidelity Advisor Growth Opp (AmPrise) | C | Int./Div. | K | T | | | | | |
| 113. Fidelity Advisos Cons. Disc. | A | Int./Div. | K | T | | | | | |
| 114. DELETED | | | | | | | | | |
| 115. MFS Int'l Value (AmPrise) MGIAX (A SPS IRA) | A | Int./Div. | K | T | | | | | |
| 116. Steelpath Opp MLP Inc (AmPrise) | B | Int./Div. | K | T | Sold (part) | 09/30/16 | J | | see Part VIII loss |
| 117. Templeton Global Bond (AmPrise) | A | Int./Div. | | | Sold | 03/15/16 | J | | see Part VIII loss |
| 118. DELETED | | | | | | | | | |
| 119. AmPrise Lord Abbott Short Duration | A | Int./Div. | | | Sold | 03/15/16 | K | | see Part VIII loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Lord Abbott Bond Deb | A | Int./Div. | | | Sold | 03/15/16 | K | | see Part VIII loss |
| 121.  DELETED | | | | | | | | | |
| 122.  Blackrock Multi Asset (L IRA) | A | Int./Div. | J | T | Buy (add'l) | 09/30/16 | J | | |
| 123.  Deutsche Gloab Infrastructure (L IRA) | A | Int./Div. | J | T | | | | | |
| 124.  Oppen Rochester Fund Muni | A | Int./Div. | J | T | | | | | |
| 125.  Oppen Steel Path Select 40 | A | Int./Div. | K | T | Buy (add'l) | 11/10/16 | J | | |
| 126. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 127.  Oppen SteelPath Alpha Plus | A | Int./Div. | | | Sold | 11/16/16 | J | | see Part VIII loss |
| 128.  Oppen SteelPath Alpha | A | Int./Div. | | | Sold | 11/16/16 | J | | see Part VIII loss |
| 129.  Oppen Portfolio Series Eq Inv. | A | Int./Div. | J | T | | | | | |
| 130.  Opp Ltd Term Bond Fund | A | Int./Div. | | | Sold | 10/03/16 | J | | see Part VIII loss |
| 131.  Opp Rochester Short Term Muni | A | Int./Div. | J | T | | | | | |
| 132.  Opp Rochester High Yield Muni | A | Int./Div. | J | T | Buy | 06/02/16 | J | | |
| 133.  Opp Equity Fund | A | Int./Div. | J | T | | | | | |
| 134.  Blackrock Glbl Allocation AmPrise (A IRA) | A | Int./Div. | K | T | | | | | |
| 135.  COL VP Bal Fund AmPrise (annuity) | A | Int./Div. | K | T | | | | | |
| 136.  COL VP Growth AmPrise (annuity) | A | Int./Div. | K | T | Buy | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lord Abbott Sec Growth Leaders AmPrise | A | Int./Div. | J | T | | | | | |
| 138. Lord Abbott Bond Deb AmPrise (both IRA) | A | Int./Div. | | | Sold | 03/15/16 | J | | see Part VIII loss |
| 139. NEW Oppenheimer Rising Dividend (both) | A | Int./Div. | K | T | Buy | 10/03/16 | K | | |
| 140. | | | | | Sold (part) | 12/28/16 | J | | see Part VIII loss |
| 141. NEW Oppenheimer Small Cap Value (L) | | None | J | T | Buy | 12/14/16 | J | | |
| 142. NEW Oppenheimer Real Estate Fund (A) | B | Int./Div. | J | T | Buy | 01/04/16 | J | | |
| 143. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 144. NEW AmPrise ALNAX AC Alt Inc. (A IRA) | A | Int./Div. | J | T | Buy | 09/30/16 | J | | |
| 145. NEW PPIAX Deutsche Short Duration (A SPS IRA) | A | Int./Div. | J | T | Buy | 03/15/16 | J | | |
| 146. NEW GSGIX Goldman Sachs Global Inc. (A SPS IRA) | A | Int./Div. | J | T | Buy | 03/15/16 | J | | |
| 147. NEW MFBFX MFS Corp Bond (A SPS IRA) | A | Int./Div. | J | T | Buy | 03/15/16 | J | | |
| 148. NEW HFXAX Catlyst Hedged Futures | A | Int./Div. | J | T | Buy | 09/30/16 | J | | |
| 149. NEW WFGBX Wells Growth Balanced (A SPS IRA) | A | Int./Div. | J | T | Buy | 09/30/16 | J | | |
| 150. NEW SSTHX Wells Short Term High Yield (A SPS IRA) | A | Int./Div. | J | T | Buy | 03/15/16 | J | | |
| 151. | | | | | Sold | 09/30/16 | J | A | |
| 152. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 153. NEW BHYAX Blackrock High Yield Bond | A | Int./Div. | | | Buy | 03/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/30/16 | J | A | |
| 155.   NEW JP Morgan Growth Adv (L IRA) | A | Int./Div. | J | T | Buy | 09/30/16 | J | | |
| 156. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

as of 9.10.17

Lines 4 and 8 inadvertently reported as sold part in 2015 report as opposed to sold all, each was under $15,000 (J).

Line 101 and 108 funds were inadvertently left off 2015 report each as a purchase of less than $15,000 (J).

Lines 2, 4-12, 16-21, 49, 50, 53, 71, 79-95 -- based on information provided by the fund manager(s), no income or reinvested dividends, taxable or otherwise, was paid or attributed to any of these investments during the reporting period.

Losses were suffered for sales in lines 13, 22, 23, 25 - 28, 30-32, 55, 59, 61, 98, 116, 117, 119, 120, 127, 128, 130, 138 and 140 therefore no Gain code in D(4).

Sales in lines 12, 16, 17, 62, 63, 73-77 and 96 were exchanges within an IRA or annuity for which no gain or loss was reported and I was unable to ascertain a gain or loss with certainty.

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 9/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544